```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

ANTHONY LEE, et al.,            )
         Plaintiffs,            )
                                )  C.A. No. 04-10582-RCL
         v.                     )
                                )
WENDY'S INTERNATIONAL           )
INC., et al.,                   )
         Defendants.            )

## ORDER OF DISMISSAL

LINDSAY, D.J.

In accordance with this Court's order dated August 19, 2004, it is ORDERED that the within action be and it is hereby dismissed without prejudice.

By the Court,

Date: August 20, 2004          By /s/ Barbara Morse
                                  Deputy Clerk